**Linda POWERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 60054.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 5, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 3, 1992.

Application to Transfer Denied
July 21, 1992.

Craig Allan Johnston, Columbia, for appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Linda Powers, appeals from the denial of her Rule 24.035 motion without an evidentiary hearing. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.